UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 14–12054
 Chapter 13
Melvin Daniel and Felicia Renae Daniel

    Debtors

# ORDER

This case is before the court on the following matter:

*29* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Gary A. Hudgins on behalf of Felicia Renae Daniel, Melvin Daniel. Responses due by 03/9/2015. (Attachments: # 1 Amended Chapter 13 Plan) (Hudgins, Gary)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated:  March 12, 2015

    /s/ William R. Sawyer
United States Bankruptcy Judge